IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LISA HILL, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:21-cv-3169-B |
| § | |
| STATE OF TEXAS and DALLAS POLICE § | |
| DEPARTMENT, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's amended complaint. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: March 9, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE